**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
T.V. SESHAN, M.D., P.C.,

                            Plaintiff,

        -against-                                         25 **CIVIL** 2938 (JGLC)

                                            **JUDGMENT**

AETNA, INC.,

                          Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2026, the Court dismisses Plaintiff's petition to confirm the IDR award under the NSA and the FAA. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2026

                                       **TAMMI M. HELLWIG**

                                       _____

                                          **Clerk of Court**

                           **BY:**                  _____

                                            **Deputy Clerk**